CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAR - 3 2008
JOHN F. CORCORAN, CLERK
BY: /s/ M. Hupp
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WALTER STEVE WILSON, JR.,   )<br>     Petitioner,    )<br>         )<br>         )<br>v.        )<br>         )<br>         )<br>STATE OF VIRGINIA,    )<br>     Respondent.   ) | Civil Action No. 7:08-cv-000206<br><br>FINAL ORDER<br><br>By:  Hon. Jackson L. Kiser<br>     Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice, pursuant to Rule 4 of the Rules Governing §2254 Cases, for failure to exhaust state court remedies, and the action is stricken from the active docket of the court.

The Clerk is directed to send a copies of this final Order and the accompanying Memorandum Opinion to petitioner.

ENTER:    This 3rd day of March, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge

Dockets.Justia.com